**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| BRADFORD PEDDIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. **08CV6064** |
| | ) | |
| VIKING COLLECTION SERVICE INC, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF SETTLEMENT</u>**

NOTICE IS HEREBY GIVEN that this case has been settled.  The parties anticipate

filing a stipulation of dismissal of this case with prejudice.

Dated: 10/24/08

RESPECTFULLY SUBMITTED,

By: _____/s/ Adam J. Krohn_____
[ ] Adam Krohn
Attorneys for Plaintiff
Krohn & Moss, Ltd.
5055 Wilshire Blvd., Suite 300
Los Angeles, CA 90036