**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| BRADFORD PEDDIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. **08CV6064** |
| | ) | |
| VIKING COLLECTION SERVICE INC, | ) | |
| | ) | |
| Defendant. | ) | |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, BRADFORD PEDDIE, by and through his attorneys, KROHN & MOSS, LTD.,

hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: November 5, 2008

RESPECTFULLY SUBMITTED,

By: _____/s/ Adam J. Krohn_____
Adam Krohn
Attorneys for Plaintiff
Krohn & Moss, Ltd.
5055 Wilshire Blvd., Suite 300
Los Angeles, CA 90036